AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1159
E-mail:  savillo@ag.nv.gov

*Attorneys for Defendants Paul Malay and Robert Smith*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BARKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BAKER, et al.,<br><br>　　　　Defendants. | Case No.  3:19-cv-00158-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between James Barker, in proper person, and Defendants Paul Malay and Robert Smith, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree, based on the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of the Court, with each party to bear its own costs.

///
///
///
///
///
///
///
///

1

1 | DATED this 27th day of Oct., 2021.        DATED this 9 day of Nov, 2021.

AARON D. FORD
Attorney General

By: /s/ *Bar No. 13666*
STEPHEN J. AVILLO, Bar No. 11046    *for*
Deputy Attorney General
*Attorneys for Defendants*

By: /s/
JAMES BARKER
Plaintiff, *Pro Se*

**IT IS SO ORDERED**

/s/

**U.S. DISTRICT JUDGE**

DATED: November 10, 2020

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of November, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

James S. Barker, #1133703
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3